# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:19-mj-00729 |
|---|---|---|
| Plaintiff | : | **Magistrate Judge Ovington** |
| vs. | : | |
| **IRVIN DWAN JONES** | : | |
| Defendant | : | |

## ENTRY GRANTING AUTHORIZATION FOR VISITATION WITH IRVIN DWAN JONES AT THE MONTGOMERY COUNTY JAIL

Upon examination and for good cause shown, the court hereby grants counsel's request to visit the Defendant in the Montgomery County Jail.

SO ORDERED.

_____
SHARON L. OVINGTON
United States Magistrate Judge